11/24

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:05-CR-32 |
| v. ) | JUDGE PHILLIPS/GUYTON |
| ) | |
| ERIC WATSON, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

1. On April 19, 2005, a Superseding Indictment was filed in the above-referenced case charging ERIC WATSON with, in Count One, conspiracy to knowingly, intentionally, and without authority distribute and possess with intent to distribute in excess of one-thousand (1,000) kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1).

2. In the Forfeiture Allegations of the Superseding Indictment in the above-styled case, the United States sought forfeiture of the interest of the Defendant, pursuant to Title 21 U.S.C. § 853, in, among other things, the property described below which constitutes, or was derived from, proceeds obtained, directly or indirectly, as a result of said conspiracy in the Superseding Indictment or was property used in any manner or part, to commit, or to facilitate the commission of the said conspiracy.

3. On August 8, 2006, the Defendant, ERIC WATSON, pled guilty to a lesser included offense charged in Count One charging him with violations of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C) of the Superseding Indictment and agreed to forfeit his interest to the United States in the properties listed below in which he hereby asserts that he is the sole and exclusive owner of the properties and that no one else has any legal or equitable interest therein.

4. The Defendant pled guilty as referenced above and agreed to forfeit to the United States his interest in the following properties:

**Money Judgment**

A sum of money of at least $3 million which represents the minimum amount of money paid to the conspirators for controlled substances during the course of the conspiracy;

**Vehicles**

1992 Chevrolet Camaro, VIN 1G1FP23E8NL132852;

1995 Honda Civic, VIN 2HGEH2370SH510965;

**Cash**

$15,000.00 in United States Currency seized on or about March 4, 2005, from meeting with Eric Watson; and

**Firearms**

Beretta Pistol, Model 84F, Serial No. D69504Y.

5. On October 19, 2006, this Court entered an Agreed Preliminary Order of Forfeiture pursuant to the guilty plea entered by the defendant, ERIC WATSON, forfeiting to the United States, pursuant to 21 U.S.C. § 853, the defendant's interest in the above-referenced properties, which constitutes and are derived from proceeds obtained, directly or indirectly, as a result of the offense.

6. Pursuant to 21 U.S.C. § 853(n)(1), and the Agreed Preliminary Order of Forfeiture, Notice of Forfeiture as to the properties described above, were published in the following newspapers:

(a) *The Mountain Press*, a newspaper of general circulation in Sevier County, Tennessee on three occasions: June 24, 2007; July 4, 2007; and on July 11, 2007. Proof of publication was filed on August 16, 2007.

(b) *The Knoxville News Sentinel*, a newspaper of general circulation in Knoxville, Tennessee on three occasions: June 25, 2007; July 2, 2007; and on July 9, 2007. Proof of publication was filed on November 5, 2007.

7. The Notice of Forfeiture advised that any person, other than the Defendants, having or claiming a legal interest in the forfeited properties described herein, must file a petition with the Court within thirty (30) days of the final publication of the notice. The notice further provided that the petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

No person, corporation, or entity has filed a claim as to the properties listed above.

It is therefore ORDERED, ADJUDGED AND DECREED:

1. That the following properties be and the same are hereby forfeited to the United States, pursuant to 21 U.S.C. § 853(h) and all right, title and interest in said properties be and the same are hereby vested in the United States:

**Money Judgment**

A Sum of money of at least $3 million which represents the minimum amount of money paid to the conspirators for controlled substances during the course of the conspiracy;

### Vehicles

1992 Chevrolet Camaro, VIN 1G1FP23E8NL132852;

1995 Honda Civic, VIN 2HGEH2370SH510965;

### Cash

$15,000.00 in United States Currency seized on or about March 4, 2005, from meeting with Eric Watson; and

### Firearms

Beretta Pistol, Model 84F, Serial No. D69504Y.

2. That the United States Marshal Service shall dispose of said forfeited properties according to law.

3. That the Clerk of this Court provide the United States Marshal Service and the United States Attorney's Office with a certified copy of this Final Order of Forfeiture.

ENTER:

_____
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

Submitted by:

JAMES R. DEDRICK
United States Attorney


s/ Hugh B. Ward, Jr.
HUGH B. WARD, JR.
Assistant United States Attorney